U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 2 5 2009

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.  18 U.S.C. § 641 |
| v. | ) |         42 U.S.C. § 408(a)(4) |
| | ) | |
| JERRY L. JONES | ) | 3:09CR30004-001 |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

From March 2004, and continuing without interruption until in or around January 2007 in the Western District of Arkansas, Harrison Division, the defendant, **JERRY L. JONES**, did knowingly embezzle, steal, and purloin money of the Social Security Administration ("SSA"), a department or agency of the United States, namely Social Security Disability Income payments in excess of $1,000 made to him to which he knew he was not entitled, in violation of Title 18 U.S.C. § 641.

### COUNT 2

From March 2004, and continuing without interruption until in or around January 2007 in the Western District of Arkansas, Harrison Division, the defendant, **JERRY L. JONES**, having knowledge of the occurrence of an event affecting his continued right to payment under Title II of the Social Security Act, as amended, specifically his employment and receipt of earnings from his employment, did conceal and fail to disclose the event with an intent to fraudulently secure such payment when no payment was authorized, in violation of Title 42 U.S.C. § 408(a)(4).

A True Bill.


/s/Grand Jury Foreperson
Foreperson

By: [signature] for

DEBORAH GROOM
ACTING UNITED STATES ATTORNEY

Matthew J. Wilson
Assistant U. S. Attorney
Florida Bar No. 20584
P. O. Box 1524
Fort Smith, AR 72902
(479) 783-5125